**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Wells Alan Wyatt** |
| | First Name  Middle Name  Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name  Middle Name  Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF IDAHO |
| Case number (if known) | 17-40973 |

■ Check if this is an amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. Do any creditors have claims secured by your property?
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ■ Yes. Fill in all of the information below.

### Part 1:   List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|
| 2.1 | **Timmerman & Sons Feeding Co.**<br>Creditor's Name<br><br>**PO Box 367**<br>**Springfield, NE 68059**<br>Number, Street, City, State & Zip Code | **Describe the property that secures the claim:**<br>**Promissory Note and Mortgage**<br><br>**As of the date you file, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $110,000.00 | $110,000.00 | $0.00 |

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **9/11/2013**    Last 4 digits of account number _____

| | | |
|---|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | | $110,000.00 |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | | $110,000.00 |

### Part 2:   List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐ Name, Number, Street, City, State & Zip Code
**Howard J. Kaslow**
**Abrahams Kaslow & Cassman**
**8712 W Dodge Rd, Ste 300**
**Omaha, NE 68114-3419**

On which line in Part 1 did you enter the creditor?  **2.5**
Last 4 digits of account number ___

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Wells** First Name | **Alan** Middle Name | **Wyatt** Last Name |
| Debtor 2 (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF IDAHO | | |
| Case number (if known) | 17-40973 | | |

■ Check if this is an amended filing

Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7     12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**

■ **creditors have claims secured by your property, or**

■ **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

### Part 1: List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **AO Wyatt**<br><br>Description of property securing debt: **119 Park St. Hazelton, ID 83335 Jerome County** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]:<br>_____ | ■ No<br><br>☐ Yes |
| Creditor's name: **FIRST FEDERAL SAVINGS**<br><br>Description of property securing debt: **2095 E. 600 South Hazelton, ID 83335  Jerome County 40 acre parcel adjacent to 40 acres owned by Wyatt Feed. There is a feed lot on the property.** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]:<br>_____ | ☐ No<br><br>■ Yes |
| Creditor's name: **IDAHO CENTRAL CR UN** | ☐ Surrender the property. | ☐ No |

Official Form 108     **Statement of Intention for Individuals Filing Under Chapter 7**     page 1

Debtor 1  **Wells Alan Wyatt**                                    Case number (*if known*)  **17-40973**

| | | | |
|---|---|---|---|
| name: | | ☐ Retain the property and redeem it. | ■ Yes |
| Description of property securing debt: | **2016 GMC Sierra 64000 miles Location: 2095 E. 500 South, Hazelton ID 83335** | ☐ Retain the property and enter into a *Reaffirmation Agreement.* ■ Retain the property and [explain]: **Continue Paying as Agreed** | |

| | | | |
|---|---|---|---|
| Creditor's name: | **Timmerman & Sons Feeding Co.** | ■ Surrender the property. ☐ Retain the property and redeem it. | ■ No |
| Description of property securing debt: | **Promissory Note and Mortgage** | ☐ Retain the property and enter into a *Reaffirmation Agreement.* ☐ Retain the property and [explain]: | ☐ Yes |

### Part 2:  List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | | Will the lease be assumed? |
|---|---|---|
| Lessor's name: | **ENGS Commercial Financing** | ■ No ☐ Yes |
| Description of leased Property: | **Wyatt Feeding 2015 Wilson trailer** | |
| Lessor's name: | **John Deere Financial** | ■ No ☐ Yes |
| Description of leased Property: | **John Deere Loader $1500/month** **3 year lease return, 1.5 years remaining** **Wyatt Feeding - Personal Guarantee** | |
| Lessor's name: | **John Deere Financial** | ■ No ☐ Yes |
| Description of leased Property: | **Johne Deere Tractor $1000/month** **3 year lease return, 3 years remaining** **Wyatt Feeding - Personal Guarantee** | |
| Lessor's name: | **Stearns Bank** | ■ No ☐ Yes |
| Description of leased Property: | **Wyatt Feeding feed truck** | |
| Lessor's name: | **Summit Leasing** | ■ No ☐ Yes |

Official Form 108        **Statement of Intention for Individuals Filing Under Chapter 7**        page 2

| | | |
|---|---|---|
| Debtor 1 | **Wells Alan Wyatt** | Case number *(if known)* **17-40973** |

Description of leased Property: **Wyatt Feeding 2016 Wilson trailer**

### Part 3:  Sign Below

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

X **/s/ Wells Alan Wyatt**
**Wells Alan Wyatt**
Signature of Debtor 1

X _____
Signature of Debtor 2

Date **January 2, 2018**

Date _____

Official Form 108        **Statement of Intention for Individuals Filing Under Chapter 7**        page 3