Randall A. Peterman, ISB No. 1944
Alexander P. McLaughlin ISB No. 7977
GIVENS PURSLEY LLP
601 West Bannock Street
Post Office Box 2720
Boise, Idaho 83701
Telephone (208) 388-1200
Facsimile (208) 388-1300
rap@givenspursley.com
alexmclaughlin@givenspursley.com
013448-0011

Attorneys for Banner Bank

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| In Re:<br><br>WELLS ALAN WYATT,<br><br>Debtor. | Case No. 17-40973-JDP<br>Chapter 7 |

## OBJECTION TO DEBTOR'S HOMESTEAD EXEMPTION

**Notice of Banner Bank's Objection to Debtor's Claim of Exemption and Opportunity to Object and for a Hearing**

<u>No Objection</u>. The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within thirty [30] days of the date of service of this notice.

If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.

<u>Objection</u>. Any objection shall set out the legal and/or factual basis for the objection. A copy of the objection shall be served on the movant.

<u>Hearing on Objection</u>. The objecting party shall also contact the court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

OBJECTION TO DEBTOR'S HOMESTEAD EXEMPTION - 1

14033234.1

COMES NOW Banner Bank and files this Objection to Debtor's Homestead Exemption and other exemptions. This objection is based upon Rule 4003 of the Rules of Bankruptcy Procedure and Local Bankruptcy Rule 4003.1.

In Schedule C (CR 14), Wells A. Wyatt ("Debtor"), claims a $100,000.00 homestead as to real property located at 2095 E. 600 S., Hazelton, Idaho ("Property"). Debtor values the property at $500,000.00. The Property is subject to the Mortgage of Banner Bank and other creditors. Banner Bank objects to that homestead as the Property does not qualify in its entirety as a homestead, and there is insufficient equity to support the Debtor's alleged homestead in the Property. There is insufficient equity because the amount of the mortgages exceeds the fair market value of the property.

In Schedule C Debtor also claims an exemption as to his interest or shareholder interest in two entities controlled by the Debtor—Wyatt Livestock, Inc. and Wyatt Feedlot, LLC. Banner Bank objects to those claimed exemptions. No such exemptions are identified or allowed under the Idaho statutes.

DATED this 11th day of January, 2018.

GIVENS PURSLEY LLP

By [signature]
Randall A. Peterman – Of the Firm
Alexander P. McLaughlin – Of the Firm
Attorneys for Banner Bank

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on the 11th day of January, 2018, I filed the foregoing **OBJECTION TO DEBTOR'S HOMESTEAD EXEMPTION** electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

**Patrick J. Geile**
pgeile@foleyfreeman.com
rboyle@foleyfreeman.com
r59345@notify.bestcase.com

**United States Trustee**
ustp.region18.bs.ecf@usdoj.gov

**Gary L. Rainsdon**
trustee@filertel.com
id12@ecfcbis.com
tinal@filertel.com
lori@filertel.com
kelliw@filertel.com

**David A. Coleman**
david@crctflaw.com

**Ramina Dehkhoda-Steele**
rdehkhoda@wongfleming.com
rarustamova@wongfleming.com

**R. Ron Kerl**
Ron@cooper-larsen.com
kelli@cooper-larsen.com
bobbi@cooper-larsen.com

    AND, I FURTHER CERTIFY that on such date I served the foregoing **OBJECTION TO DEBTOR'S HOMESTEAD EXEMPTION** on the following non-CM/ECF Registered Participants in the manner indicated:

Wells Alan Wyatt
2095 E. 500 South
Hazelton, ID 83335

(X) U.S. Mail, Postage Prepaid
( ) Hand Delivered
( ) Overnight Mail
( ) Facsimile

American Express Bank, FSB
c/o Becket and Lee LLP
P.O. Box 3001
Malvern, PA 19355-0701

(X) U.S. Mail, Postage Prepaid
( ) Hand Delivered
( ) Overnight Mail
( ) Facsimile

**OBJECTION TO DEBTOR'S HOMESTEAD EXEMPTION - 3**

14033234.1

Stearns Bank NA  
Pam Loehr, Collection Specialist  
500 13th St  
P.O. Box 750  
Albany, MN 56307  

(X) U.S. Mail, Postage Prepaid  
( ) Hand Delivered  
( ) Overnight Mail  
( ) Facsimile  

*[signature]*

Randall A. Peterman

**OBJECTION TO DEBTOR'S HOMESTEAD EXEMPTION - 4**

14033234.1