UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| | |
|---|---|
| Re:<br><br>**WYATT, WELLS ALAN**<br><br><br>Debtor(s) | Case No. 17-40973-JDP<br><br>CHAPTER 7 TRUSTEE'S INITIAL STATUS REPORT AND MINUTES OF 341(a) MEETING OF CREDITORS |

DATE OF 341(a) MEETING: **1/29/18**                    LOCATION OF MEETING: **JEROME**
NAME OF TRUSTEE: **Gary L. Rainsdon**            DATE CASE FILED: **11/03/2017**
RECORDING TRACK NO. 2,3

DEBTOR (X) SWORN AND EXAMINED  ( ) DID NOT APPEAR  ( ) APPEARED
DEBTOR ADDRESS CHANGE:
DEBTOR ATTORNEY:  (X) PRESENT  ( ) NOT PRESENT  ( ) PRO SE
    Linda Wells in for Patrick John Geile
CREDITORS APPEARING:
    Randall A. Peterman on behalf of Banner Bank;
    Daniel C. Green on behalf of the bankruptcy estate.

ACTION ITEMS
- (X)    341(a) Meeting Continued to:  **03/05/18 at 10:00 AM to verify SSN and for documents requested**
- (X)    SS Information Incorrect or Missing
- ( )    Concluded
- ( )    Dismiss for Failure of Debtor and/or Attorney to Appear
- (X)    Discharge Information Given to Debtor
- ( )    Unscheduled Assets Identified
- ( )    Do Not Dismiss – Trustee Intends to Pursue Assets – Trustee will file complaint to deny or revoke discharge, if necessary

GENERAL COMMENTS
- ( )    Debtor Identity and Social Security Documentation Match Petition
- (X)    Debtor Examined
- (X)    Schedules and Statement of Affairs Filed
- (X)    Statement of Income and Expenditures Filed
- (X)    Debtor Informed of Failure to Cooperate with Trustee or U.S. Trustee or Submit Required Reports Constitute Grounds for Dismissal
- (X)    Debtor Read and Understands Both Statement of Information Required by 11 U.S.C 341 and Statement Furnished by Gary L. Rainsdon, Trustee

                                              /s/
                                              GARY L. RAINSDON, TRUSTEE