Randall A. Peterman, ISB No. 1944
Alexander P. McLaughlin ISB No. 7977
GIVENS PURSLEY LLP
601 West Bannock Street
Post Office Box 2720
Boise, Idaho 83701
Telephone (208) 388-1200
Facsimile (208) 388-1300
rap@givenspursley.com
alexmclaughlin@givenspursley.com
013454-0011

Attorneys for Banner Bank

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In Re: | Case No. 17-40973-JDP |
|---|---|
| WELLS ALAN WYATT, | Chapter 7 |
| Debtor. | |

**STIPULATION FOR EXAMINATION DUCES TECUM OF DEBTOR PURSUANT TO RULE 2004 OF THE RULES OF BANKRUPTCY PROCEDURE**

COMES NOW Banner Bank, by and through its undersigned counsel of record, and Wells A. Wyatt ("Debtor"), by and through its undersigned counsel of record, and hereby stipulate and agree that the Debtor will appear and be examined at a Rule 2004 examination to aid in the administration of the estate on **March 5, 2018, at 10:30 a.m.**, at the Jerome County Judicial Annex, 233 W. Main Street, Annex Building, Courtroom 2, Jerome, Idaho 83338, and continuing from day to day until completed. Debtor shall produce those documents identified on **Exhibit A**, attached hereto no later than the date and time set for each respective examination,

STIPULATION FOR EXAMINATION DUCES TECUM OF DEBTOR - 1                        14047550.1

subject to the Debtor's respective objections to the document requests which such objections are identified on Exhibit A.

DATED this 7th day of February, 2018.

GIVENS PURSLEY LLP

By _____
Randall A. Peterman – Of the Firm
Alexander P. McLaughlin – Of the Firm
Attorneys for Banner Bank

DATED this 7 day of February, 2018.

FOLEY FREEMAN, PLLC

By _____
Patrick J. Geile – Of the Firm
Attorneys for the Debtor

**STIPULATION FOR EXAMINATION DUCES TECUM OF DEBTOR - 2**            14047550.1

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on the 8th day of February, 2018, I filed the foregoing **STIPULATION FOR EXAMINATION DUCES TECUM OF DEBTOR PURSUANT TO RULE 2004 OF THE RULES OF BANKRUPTCY PROCEDURE** electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

**Patrick J. Geile**
pgeile@foleyfreeman.com
rboyle@foleyfreeman.com
r59345@notify.bestcase.com

**United States Trustee**
ustp.region18.bs.ecf@usdoj.gov

**Gary L. Rainsdon**
trustee@filertel.com
id12@ecfcbis.com
tinal@filertel.com
lori@filertel.com
kelliw@filertel.com

**David A. Coleman**
david@crctflaw.com

**Ramina Dehkhoda-Steele**
rdehkhoda@wongfleming.com
rarustamova@wongfleming.com

**R. Ron Kerl**
Ron@cooper-larsen.com
kelli@cooper-larsen.com
bobbi@cooper-larsen.com

    AND, I FURTHER CERTIFY that on such date I served the foregoing **STIPULATION FOR EXAMINATION DUCES TECUM OF DEBTOR PURSUANT TO RULE 2004 OF THE RULES OF BANKRUPTCY PROCEDURE** on the following non-CM/ECF Registered Participants in the manner indicated:

| | |
|---|---|
| Wells Alan Wyatt<br>2095 E. 500 South<br>Hazelton, ID 83335 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| American Express Bank, FSB<br>c/o Becket and Lee LLP<br>P.O. Box 3001<br>Malvern, PA 19355-0701 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |

**STIPULATION FOR EXAMINATION DUCES TECUM OF DEBTOR - 3**   14047550.1

Stearns Bank NA
Pam Loehr, Collection Specialist
500 13th St
P.O. Box 750
Albany, MN 56307

(X) U.S. Mail, Postage Prepaid
( ) Hand Delivered
( ) Overnight Mail
( ) Facsimile

_____
Randall A. Peterman

## EXHIBIT A
## Requested Documents

The Debtor will provide the documents listed below if they are in his possession or control. In the event the Debtor does not have the following documents in his possession or control he will state who or what entity does and will provide releases to obtain the documents.

1. Tax returns for Debtor and all entities in which he has owned an interest—whether as a shareholder, member or otherwise ("Debtor Entities")—covering 2014, 2015 and 2016. **\*\*Debtor states that he is not in the possession of the tax returns for T&W Sheep LLC and Landmark Beef L.L.C.**

2. Complete financial records of all financial transactions of Debtor and/or any Debtor Entities between January 1, 2015, to the time of the bankruptcy filing.

3. Copy of all documents relating to business dealings with all Timmerman entities or individuals from January 1, 2015 to the present.

4. A copy of Debtor's computer hard drives without any privileged attorney-client information, along with all usernames and passwords to access the computer, owned by Debtor and/or any Debtor Entities from January 1, 2015 to the present.

5. Copies of all financial statements/balance sheets prepared for any purpose for Debtor and/or any Debtor Entities between January 1, 2015, to the present.

6. All documents relating to the valuation and transfer of any Debtor Entities or portion of any Debtor Entities during the last 4 years.

7. A release to obtain the copies or copies of all statements for financial institution accounts of all kinds of Debtor and/or any Debtor Entities covering the period of January 1, 2015 to the present, including copies of cancelled checks or check registers, and identification of the sources of all deposits and uses of all withdrawals of $500.00 or more.

EXHIBIT A - 1                                                                                                14047550.1

**\*\*Debtor objects to this request but permits Banner Bank to question the Debtor about any of the transfers over $500.00.**

        8.     Copies of all property insurance policies.

        9.     All QuickBooks data files and passwords for Debtor and/or any Debtor Entities from January 1, 2014 to the present.

        10.     Detailed list of all assets and liabilities of each Debtor Entities from January 1, 2015 to the present.  **\*\*Debtor objects to this request as Debtor states he is not in possession of information responsive to this information.**

        11.     Photocopy of Debtor's driver's license.

**EXHIBIT A - 2**                                  14047550.1