Daniel C. Green (ISB#: 3213)
Heidi Buck Morrison (ISB#: 9396)
RACINE, OLSON, NYE &
BUDGE, CHARTERED
P.O. Box 1391
Pocatello, Idaho 83204
Phone: (208)232-6101
Fax: (208) 232-6109

*Attorneys for Gary L. Rainsdon*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| In re:              | Case No. 17-40973-JMM |
|                     | (Chapter 7)           |
| WELLS ALAN WYATT,   |                       |
|                     |                       |
| Debtors.            |                       |

**OBJECTION TO DEBTOR'S CLAIM OF EXEMPTION AND OPPORTUNITY TO OBJECT AND FOR HEARING**

<u>No objection</u>. The Court may consider this request for an order without further notice of hearing unless a party in interest files an objection within fourteen [14] days of the date of service of this notice.

If an objection is not filed within the time permitted, the court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.

<u>Objection</u>. Any objection shall set out the legal and/or factual basis for the objection. A copy of the objection shall be served on the movant.

<u>Hearing on Objection</u>. The objecting party shall also contact the court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

COMES NOW, Gary L. Rainsdon, Trustee of the Chapter 7 bankruptcy estate of Wells Alan Wyatt ("Debtor"), by and through counsel, and pursuant to Federal Rules of Bankruptcy

**OBJECTION TO DEBTOR'S CLAIM OF EXEMPTION AND OPPORTUNITY TO OBJECT AND FOR HEARING –**
Page 1

Procedure 4003 (b) and LBR 4003.1, and hereby objects to the Debtor's claim of exemption in Debtor's deceased spouses Social Security Disability award as follows:

## I. BACKGROUND

1. The Debtor filed for relief under Chapter 7 on November 3, 2017 (the "Petition Date").

2. The Trustee is the duly appointed and acting Trustee of the bankruptcy estate of the Debtor.

3. In his Schedule C the Debtor has claimed an exemption under Idaho Code § 11-207 in 75% of the funds in a Wells Fargo Checking Account, a Wells Fargo Savings Account, Wyatt Feeding Business Account at Banner Bank and a Wyatt L/S Inc. Account at Banner Bank (the "Bank Accounts").

4. Debtor has also claimed an exemption under Idaho Code § 11-207 in 75% of the remaining retainer paid to Foley Freeman (the "Retainer").

## II. OBJECTION

5. The funds in the Bank Accounts and the Retainer do not represent "the aggregate disposable earnings of an individual" which are subject to garnishment pursuant to Idaho Code § 11-207(1), but are in fact funds generated from Debtor's business.

6. The Bank Accounts and Retainer are not "earnings" or "disposable earnings" as defined in Idaho Code § 11-206(1) and (2).

WHEREFORE, the Trustee requests the entry of an order disallowing the claim of exemption in the Bank Accounts and the Retainer.

DATED this 24 day of April, 2018.

                    RACINE, OLSON, NYE
                    & BUDGE, CHARTERED

                    By: /s/ Daniel C. Green
                        DANIEL C. GREEN

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 24 day of April, 2018, I served a copy of the foregoing on CM/ECF Registered Participants as reflected below:

trustee@filertel.com
id12@ecfcbis.com
grainsdon@ecf.eqipsystems.com
debm@filertel.com
tinal@filertel.com

Patrick John Geile
pgeile@foleyfreeman.com

U.S. Trustee
ustp.region18.bs.ecf@usdoj.gov

Additionally, a copy of the foregoing was served on the following parties by first class mail, postage prepaid, addressed to:

Wells Alan Wyatt
2095 E 500 South
Hazelton, ID 83335

                    /s/ Daniel C. Green
                    DANIEL C. GREEN