**Patrick J. Geile**
Bar No. 6975
FOLEY FREEMAN, PLLC
953 S. Industry Way
P.O. Box 10
Meridian, ID 83680
Phone: (208) 888-9111
FAX: (208) 888-5130
*pgeile@foleyfreeman.com*

**Attorney for Debtor**

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| In re: | Case No. 17-40973-JMM |
|---|---|
| **WELLS ALAN WYATT,** | Chapter 7 |
| Debtor. | |

### DEBTOR'S RESPONSE TO TRUSTEE'S OBJECTION TO CLAIM OF EXEMPTION

COMES NOW, the Debtor, Wells A. Wyatt, by and through his counsel of record, Patrick J. Geile of Foley Freeman, PLLC, and hereby responds to the Trustee's Objection to Claim of Exemption (Docket No. 79) as follows:

1. The funds placed in the Debtor's retainer account, and various funds held in his Wells Fargo account, which are his personal accounts, and the Banner account, which are Debtor's business accounts, are funds derived from services provided by the Debtor and, therefore, are personal earnings subject to the 75% exemption pursuant to Idaho Code § 11-207.

DATED this 2nd day of May, 2018.

FOLEY FREEMAN, PLLC

/s/ Patrick J. Geile
Patrick J. Geile

**DEBTOR'S RESPONSE TO TRUSTEE'S OBJECTION TO CLAIM OF EXEMPTION - 1**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 2nd day of May, 2018, I caused to be served a true and correct copy of the foregoing document by the method indicated below, and addressed to the following:

| | | |
|---|---|---|
| Office of the U.S. Trustee<br>Washington Group Central Plaza<br>720 Park Blvd., Ste. 220<br>Boise, ID 83712 | _X_ | CM/ECF Notice |
| Gary Rainsdon<br>P.O. Box 506<br>Twin Falls, ID 83303 | _X_ | CM/ECF Notice |
| Randall A. Peterman<br>Alexander P. McLaughlin<br>Givens Pursley, LLP<br>601 W. Bannock St.<br>PO Box 2720<br>Boise, ID 83701-2720 | _X_ | CM/ECF Notice |
| Ron Kerl<br>COOPER & LARSEN, CHD<br>151 North Third Avenue, Suite 210<br>P.O. Box 4229<br>Pocatello, ID 83205-4229 | _X_ | CM/ECF Notice |
| Ramina Dehkhoda-Steele<br>Wong Fleming<br>10675 Willows Road NE, Suite 250<br>Redmond, WA 98052 | _X_ | CM/ECF Notice |
| American Express Bank, FSB<br>c/o Becket & Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | _X_ | Mailed |
| Pam Loehr<br>Stearns Bank Equipment Finance Division<br>500 13th Street<br>PO Box 750<br>Albany, MN 56307 | _X_ | Mailed |

/s/ Patrick J. Geile
Patrick J. Geile

**DEBTOR'S RESPONSE TO TRUSTEE'S OBJECTION TO CLAIM OF EXEMPTION - 2**