UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

In Re:                           Case No. 17-40973-JMM

WELLS ALAN WYATT,           Chapter 7

             Debtor.

**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**

Upon consideration of the record before this Court and the Motion for Relief from the Automatic Stay (Dkt. 150) ("Motion") filed by Banner Bank, with notice of the Motion having been given in accordance with the applicable Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rules, and good cause existing therefor:

IT IS HEREBY ORDERED:

1. The Automatic Stay imposed by 11 U.S.C. § 362(a) is hereby terminated as to Banner Bank to allow Banner Bank to, among other things, obtain a money judgment against Debtor Wells A. Wyatt in that certain state court action entitled *Banner Bank v. Wyatt Feeding LLP et al.*, Case No. CV27-17-00942, District Court of the Fifth Judicial District, State of Idaho, County of Jerome.

2. Banner Bank is granted a waiver of the 14-day waiting period set forth in Bankruptcy Rule 4001(a)(3).

DATED: October 29, 2019



_____
JOSEPH M. MEIER
CHIEF U. S. BANKRUPTCY JUDGE

**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY - 1**

Submitted by:  Randall A. Peterman, ISB No. 1944, Attorneys for Banner Bank.

APPROVED AS TO FORM AND CONTENT:

*/s/ Patrick J. Geile*
Attorneys for the Debtor

**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY - 2**

14865703.1